# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

System Development Integration, LLC

                                        Plaintiff,

v.                                                      Case No.: 1:09−cv−04008

                                                            Honorable Amy J. St. Eve

Computer Sciences Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 3, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: The Court (1) grants in part and denies in part CSC's first motion in limine; (2) denies CSC's second motion in limine; (3) grants CSC's sixth and tenth motions in limine without prejudice; and (4) denies CSC's seventh, eighth, ninth and eleventh motions in limine [161]. [For further details see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.