# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

System Development Integration, LLC

                         Plaintiff,

v.                                             Case No.: 1:09−cv−04008
                                              Honorable Amy J. St. Eve

Computer Sciences Corporation

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 10, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: Parties' oral request for dismissal is granted. This case is hereby voluntarily dismissed with prejudice pursuant to settlement agreement and with all parties to bear their own fees and costs. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.